1  SCOTTLYNN J HUBBARD, IV, 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT DODSON, | Case No. CIV. S-06-01486-LKK-DAD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| ALBERTSON'S, INC., et al., | |
| Defendants. / | |

TO THE COURT AND ALL PARTIES:

Pursuant to Settlement Agreement and Releases between plaintiff, ROBERT DODSON, and defendants ALBERTSON'S, INC. dba ALBERTSON'S - SAVON #07298; AMERICAN STORES PROPERTIES, INC.; COLLIERS MACAULAY NICOLLS (CALIFORNIA), INC. dba COLLIERS INTERNATIONAL; TAY MAC dba HENG FAT RESTAURANT; HOLLYWOOD ENTERTAINMENT CORPORATION dba HOLLYWOOD VIDEO #005893; LARRY THOMAS CONLEY dba MOUNTAIN MIKE'S PIZZA; RADIOSHACK CORPORATION dba RADIOSHACK #01-9044; DEVINDER S. SHOKER; MITCHELL S. GAGOS and DIANNE S. GAGOS, TRUSTEES of the DIANNE S. GAGOS SURVIVOR'S TRUST UNDER INSTRUMENT DATED 4-8-1992; and, MITCHELL S. GAGOS and DIANNE S. GAGOS, TRUSTEES of the GEORGE S. GAGOS MARITAL TRUST UNDER INSTRUMENT DATED 4-8-1992, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that the Court dismiss the above-entitled action, with prejudice, **as to defendants ALBERTSON'S, INC. dba ALBERTSON'S - SAVON #07298; AMERICAN STORES PROPERTIES, INC.; COLLIERS MACAULAY NICOLLS (CALIFORNIA), INC. dba COLLIERS INTERNATIONAL; TAY MAC dba HENG FAT RESTAURANT; HOLLYWOOD ENTERTAINMENT CORPORATION dba HOLLYWOOD VIDEO #005893; LARRY THOMAS CONLEY dba MOUNTAIN MIKE'S PIZZA; RADIOSHACK CORPORATION dba RADIOSHACK #01-9044; DEVINDER S. SHOKER; MITCHELL S. GAGOS and DIANNE S. GAGOS, TRUSTEES of the DIANNE S. GAGOS SURVIVOR'S TRUST UNDER INSTRUMENT DATED 4-8-1992; and, MITCHELL S. GAGOS and DIANNE S. GAGOS, TRUSTEES of the GEORGE S. GAGOS MARITAL TRUST UNDER INSTRUMENT DATED 4-8-1992 *only*.**

Nothing in this Stipulation for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendants ALBERTSON'S, INC. dba ALBERTSON'S - SAVON #07298; AMERICAN STORES PROPERTIES, INC.; COLLIERS MACAULAY NICOLLS (CALIFORNIA), INC.

dba COLLIERS INTERNATIONAL; TAY MAC dba HENG FAT RESTAURANT; HOLLYWOOD ENTERTAINMENT CORPORATION dba HOLLYWOOD VIDEO #005893; LARRY THOMAS CONLEY dba MOUNTAIN MIKE'S PIZZA; RADIOSHACK CORPORATION dba RADIOSHACK #01-9044; DEVINDER S. SHOKER; MITCHELL S. GAGOS and DIANNE S. GAGOS, TRUSTEES of the DIANNE S. GAGOS SURVIVOR'S TRUST UNDER INSTRUMENT DATED 4-8-1992; and, MITCHELL S. GAGOS and DIANNE S. GAGOS, TRUSTEES of the GEORGE S. GAGOS MARITAL TRUST UNDER INSTRUMENT DATED 4-8-1992.

Dated: December 21, 2006            DISABLED ADVOCACY GROUP, APLC

                                              /s/ Lynn Hubbard, III
                                              LYNN HUBBARD, III
                                              Attorneys for Plaintiff

Dated: December 14, 2006            HOGAN GUINEY DICK, LLP

                                              /s/ Michael Hogan
                                              MICHAEL HOGAN
                                              Attorney for Defendants Albertson's, Inc. and American Stores Properties, Inc.

Dated: December 14, 2006            TRAINOR ROBERTSON

                                              /s/ Daniel Steinberg
                                              DANIEL STEINBERG
                                              Attorney for Defendants Colliers Macaulay Nicolls (California), Inc.; Diane S. Gagos Survivor's Trust; and, George S. Gagos Marital Trust

Dated: December 20, 2006            CURIALE DELLAVERSON HIRSCHFELD & KRAEMER

                                              /s/ Reed Schaper
                                              REED SCHAPER
                                              Attorney for Defendant Hollywood Entertainment Corportation

Stipulation for Dismissal and
[Proposed] Order Thereon                  - 3 -                  Dodson v. Albertson's, Inc., et al.
                                                                 CIV. S-06-01486-LKK-DAD

1
2  Dated: December 14, 2006         BAHAM PARKER, LLP
3
                                              /s/ Alden Parker
4                                               ALDEN PARKER
                                              Attorney for Defendant RadioShack Corporation
5
6  Dated: December 20, 2006         LAW OFFICE OF NINA YABLOK
7
                                              /s/ Nina Yablok
8                                               NINA YABLOK
                                              Attorney for Defendant Devinder Shoker

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01486-LKK-DAD, is hereby dismissed with prejudice **as to defendants ALBERTSON'S, INC. dba ALBERTSON'S - SAVON #07298; AMERICAN STORES PROPERTIES, INC.; COLLIERS MACAULAY NICOLLS (CALIFORNIA), INC. dba COLLIERS INTERNATIONAL; TAY MAC dba HENG FAT RESTAURANT; HOLLYWOOD ENTERTAINMENT CORPORATION dba HOLLYWOOD VIDEO #005893; LARRY THOMAS CONLEY dba MOUNTAIN MIKE'S PIZZA; RADIOSHACK CORPORATION dba RADIOSHACK #01-9044; DEVINDER S. SHOKER; MITCHELL S. GAGOS and DIANNE S. GAGOS, TRUSTEES of the DIANNE S. GAGOS SURVIVOR'S TRUST UNDER INSTRUMENT DATED 4-8-1992; and, MITCHELL S. GAGOS and DIANNE S. GAGOS, TRUSTEES of the GEORGE S. GAGOS MARITAL TRUST UNDER INSTRUMENT DATED 4-8-1992 _only_.**

Dated: January 5, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation for Dismissal and
[Proposed] Order Thereon                - 5 -                Dodson v. Albertson's, Inc., et al.
                                                             CIV. S-06-01486-LKK-DAD