**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

> **FILED**
>
> November 27, 2007
>
> CLERK, US DISTRICT COURT
> EASTERN DISTRICT OF
> CALIFORNIA
>
> ―――――――――――――
> DEPUTY CLERK

**JUDGMENT IN A CIVIL CASE**

Robert Dodson

v.          CASE NUMBER: CIV S-06-1486 LKK DAD

Albertson's Inc. Dba Albertson's

**XX --   Decision by the Court.**  This action came to trial or hearing before the Court.  The issues
have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE
OFFER of JUDGMENT ON 11/26/07.**

Victoria C. Minor,
Clerk of the Court

ENTERED:   November 27, 2007

By /s/ NDDuong
NDDuong, Deputy Clerk