1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ROBERT DODSON,
                             NO. CIV. S-06-01486 LKK/DAD
10
            Plaintiff,
11
        v.                                O R D E R
12
     ALBERTSON'S, INC. et al.,
13
            Defendants.
14   _____/

15        The hearing on the motion for attorneys' fees (Dock. No. 50)

16   currently set for January 28, 2008 is VACATED.

17        IT IS SO ORDERED.

18        DATED: January 22, 2008.

19

20

21                         LAWRENCE K. KARLTON
                           SENIOR JUDGE
22                         UNITED STATES DISTRICT COURT

23

24

25

26

                                    1